UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-22012-CIV-JORDAN

| | |
|---|---|
| MIRTHA GARCIA, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| J.A. CAMBECE LAW OFFICE, P.A., | ) ) |
| Defendant | ) ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

Mirtha Garcia was directed to file proof of service of process within 120 days of filing her complaint. This deadline passed on October 3, 2011. As a result, this case is DISMISSED WITHOUT PREJUDICE for failure to effect service under Rule 4(m) and for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962) (holding that district court was within its discretion in dismissing case *with* prejudice based on a party's failure to comply with court orders).

This case is now CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 4th day of October, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    All Counsel of Record